UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| FABIAN HUIZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CV-86-PPS |
| ) | |
| TRANSUNION LLC, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

This case involves alleged violations of the Fair Credit Reporting Act. The Plaintiff, Fabian Huizar, claims that TransUnion LLC repeatedly reported inaccurate information on his credit report relating to a car loan that was the subject of a judgment rendered in state court. Huizar hired two experts to help him prove his case, and TransUnion now seeks to exclude or limit their testimony. [DE 142]. Additionally, Huizar seeks permission to supplement his expert reports. [DE 163].

The Court finds the briefing of these two motions to be substantially similar in all material respects to the briefing in Huizar's case against Experian. In that case, I recently granted Huizar's motion to supplement and denied in part and granted in part Experian's motion to exclude or limit the testimony of Huizar's same two experts. [*See* Case No. 4:22-cv-85, DE 219]. I therefore adopt that November 5, 2025, Opinion and Order as controlling on these same issues and direct the Parties to refer to it for the substance of my opinion on the motions in this case.

**ACCORDINGLY**:

1

Huizar's Motion to Supplement Expert Reports with Deposition Testimony [DE 163] is **GRANTED**. TransUnion's Motion to Exclude or Limit the Opinions and Testimony of Plaintiff's Expert Witnesses Douglas Hollon and Evan Hendricks [DE 142] is **GRANTED IN PART** and **DENIED IN PART**. The opinions and testimony of Huizar's expert witnesses will be limited as follows:

1. Mr. Douglas Hollon is **PERMITTED** to provide opinion and testimony as to TransUnion's ACDV process as well as TransUnion's interpretation of the relevant court orders.

2. Mr. Douglas Hollon is **NOT PERMITTED** to provide opinion and testimony as to Mr. Huizar's damages, emotional or otherwise.

3. Mr. Evan Hendricks is **PERIMITTED** to provide opinion and testimony regarding TransUnion's ACDV process as well as TransUnion's interpretation of the relevant court orders.

4. Mr. Evan Hendricks is **PERIMITTED** to provide opinion and testimony as to how TransUnion's reporting would be viewed by creditors.

5. Mr. Evan Hendricks is **PERMITTED** to provide opinion and testimony as to Mr. Huizar's non-emotional damages.

6. Mr. Evan Hendricks is **NOT PERMITTED** to provide opinion and testimony as to Mr. Huizar's emotional damages.

7. Mr. Evan Hendricks is **NOT PERMITTED** to provide opinion and testimony about prior cases, administrative actions, and consent decrees.

8. Mr. Evan Hendricks is **NOT PERMITTED** to provide opinion and testimony about TransUnion's knowledge, motivations, intentions, objective state of mind, and subjective beliefs.

**SO ORDERED**.

ENTERED: December 16, 2025.

                                                /s/ Philip P. Simon
                                                PHILIP P. SIMON, JUDGE
                                                UNITED STATES DISTRICT COURT